# Third District Court of Appeal

## State of Florida

Opinion filed June 14, 2023.

_____

No. 3D21-1612
Lower Tribunal No. 16-5737 CC
_____

**Comprehensive Health Center, LLC,
a/a/o Angela Cooper,**
Appellant,

vs.

**Star Casualty Insurance Company,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Gina Beovides and Luis Perez-Medina, Judges.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellant.

Hunker Appeals, Sarah Hafeez and Thomas L. Hunker (Fort Lauderdale), for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

## ON MOTION FOR REHEARING

We deny Comprehensive Health Center, LLC a/a/o Angela Cooper's motion for rehearing, but withdraw our previous opinion, and substitute the following opinion in its stead.

Affirmed.